

FILED

11/19/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0559

# IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0559

SERGIO VALDEZ SALAS,

Plaintiff and Appellant,

v.

ARBY'S,

Defendant and Appellee.

FILED

NOV 19 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

On November 12, 2021, the Court rejected Appellant Sergio Valdez Salas's opening brief and sent it back for deficiencies. Salas has now filed a motion for an extension of time within which to file his opening brief.

Pursuant to M. R. App. P. 13, the opening brief is due 30 days after the record is filed. Upon further review of the case, the Court notes that the record in this matter is not yet complete. Thus, no extension is necessary at this time. Appellant's brief will be due 30 days after the District Court record and necessary transcripts have been filed.

DATED this 19 day of November, 2021.

For the Court,

_____
Justice